IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VESELIN MANDARIC, DBA MANDARIC BICYCLES, | ) ) ) |
| Plaintiff, | ) ) Case No. 14-cv-6957 |
| v. | ) ) |
| GURU CYCLES INC., and DOREL INDUSTRIES INC. | ) ) ) |
| Defendants. | ) |

## COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 7,752,767

Plaintiff, Veselin Mandaric, dba Mandaric Bicycles, by its attorneys, files this Complaint against Guru Cycles Inc. ("Guru") and Dorel Industries Inc. ("Dorel") (collectively, "Defendants"), and alleges as follows:

### PARTIES, JUSRISDICTION, AND VENUE

1. Plaintiff Veselin Mandaric ("Mandaric"), doing business as Mandaric Bicycles, is a resident of the State of California.

2. Upon information and belief, Defendant Guru, is a corporation organized and existing under the laws of the country of Canada, having its principal place of business in Laval, Quebec.

3. Upon information and belief, Defendant Dorel, is a corporation organized and existing under the laws of the country of Canada, having its principal place of business in Westmount, Quebec.

4. This is an action for patent infringement arising under Title 35 U.S.C. § 1 *et seq.*, of the United States.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 (federal question), §1332(a) (diversity of citizenship), and §1338(a) (question related to patents).

6. This Court has specific personal jurisdiction over Defendants because, upon information and belief, Defendants have used, sold and/or offered to sell the accused product in this District or in furtherance of their business interests with direct ties to this District. Moreover, this Court has general personal jurisdiction over Defendants because, upon information and belief, they have continuous and systematic contacts in Illinois and conduct business in Illinois.

7. Venue is proper under 28 U.S.C. §1391 and §1400 because Defendants are subject to personal jurisdiction in this District, and a substantial part of the events giving rise to infringement, as well as the damage resulting therefrom, occurred in this District.

## INFRINGEMENT OF U.S. PATENT NO. 7,752,767

8. Mandaric incorporates by reference the preceding allegations of this Complaint as though fully set forth herein.

9. Mandaric is the inventor and owner of U.S. Patent No. 7,752,767 (the "767 Patent"), which was duly granted by the United States Patent and Trademark Office on July 13, 2010. The '767 Patent is generally directed toward a bicycle fitting machine. A true and correct copy of the '767 Patent is attached hereto as Exhibit A.

10. Defendants have infringed and continue to infringe the '767 Patent under 35 U.S.C. §271 by making, using, selling, or offering to sell in the United States products, devices, or methods, that embody or otherwise practice one or more of the claims of the '767 Patent, or by otherwise contributing to infringement or inducing others to infringe the '767 Patent. The infringing products, devices, or methods include, but are not limited to, Defendants'

manufacture, use, and sale of bicycle fitting machines such as the Guru Fitting Bike. Attached as Exhibit B are illustrations of two models of the Guru Fitting Bike accused of infringement.

11. Upon information and belief, Defendants have been on notice of the '767 Patent and have continued to make, use and sell the infringing Guru Fitting Bike, thus, Defendants' infringement of the '767 Patent has been willful.

12. As a direct and proximate result of Defendants' infringement of the '767 Patent, Mandaric has been and continues to be damaged.

13. Defendants' infringement is ongoing and has caused, and unless enjoined and restrained by this Court, will continue to cause Mandaric great and irreparable injury to, among other things, Mandaric's good will, business reputation, and market share. Mandaric is therefore entitled to injunctive relief enjoining and restraining Defendants, and their respective officers, agents, servants, and employees, and all persons acting in concert with them, and each of them, from further infringement of the '767 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Mandaric seeks judgment against Guru and Dorel and the following relief:

a. Guru and Dorel be found to infringe the '767 Patent under 35 U.S.C. §271;

b. Mandaric be awarded damages pursuant to 35 U.S.C. §284;

c. Guru and Dorel's infringement be found to be willful and damages be trebled;

d. Mandaric be awarded increased damages pursuant to 35 U.S.C. §284;

e. Mandaric be awarded its attorney fees pursuant to 35 U.S.C. §285;

f. Injunctive relief enjoining against further infringement of the '767 Patent by Guru and Dorel, their officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with them or on their behalf;

g. Mandaric be awarded prejudgment interest and other such further relief as the Court deems just and equitable.

VESELIN MANDARIC, DBA
MANDARIC BICYCLES

By: /s/ Mark M. Grossman
    Mark M. Grossman
    Kyle D. Wallenberg
    Grossman Law Offices
    309 W. Washington St., Suite 700
    Chicago, Illinois 60606
    (312) 621-9000
    Attorneys for Plaintiff Veselin Mandaric dba
    Mandaric Bicycles

### **JURY DEMAND**

Plaintiff Veselin Mandaric, dba Mandaric Bicycles hereby demands a trial by jury of any issue triable of right by a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

VESELIN MANDARIC, DBA
MANDARIC BICYCLES

By: /s/ Mark M. Grossman
    Mark M. Grossman
    Kyle D. Wallenberg
    Grossman Law Offices
    309 W. Washington St., Suite 700
    Chicago, Illinois 60606
    (312) 621-9000